FILED

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2733 IEG |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |
| MIGUEL HERNANDEZ-MOLINA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 31, 2008, within the Southern District of California, defendant MIGUEL HERNANDEZ-MOLINA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Jose Juan Ortiz-Sanchez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 8/14/08.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney

FAS:mg:San Diego
8/6/08