AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MIGUEL HERNANDEZ-MOLINA, | CASE NUMBER: 08CR2733 IEG |

I, MIGUEL HERNANDEZ-MOLINA, the above named defendant, who is accused of committing the following offense:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MIGUEL HERNANDEZ MOLINA
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER